UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| In Re: | ) | BK No.: 18-81800 |
|---|---|---|
| BETTY A. ANDERSON | ) ) ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION AND DISMISSING CASE

THIS MATTER coming before the Court on the Objection to Confirmation filed 2/5/2019 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that confirmation is denied and that this case be and the same is hereby dismissed.

Enter:

Dated: **FEB 2 1 2019**

United States Bankruptcy Judge

**Prepared by:**
LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax: 815-968-5368

Rev: 20130104_bko